Case 4:16-cv-00349   Document 32   Filed on 11/30/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Spangler, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-349 |
| | § | |
| Mourik, L.P., | § | |
|     Defendant. | § | |

## O R D E R

On November 29, 2017, the parties announced that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within forty-five (45) days of entry of this order on presentation of adequate proof that the settlement could not be consumated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 30th day of November, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE