IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES SPANGLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | NO. 4:16cv349 |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| MOURIK, L.P., | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS

Plaintiff moves to dismiss this case with prejudice, with the parties to bear their own costs and attorneys' fees. This motion is agreed.

Respectfully submitted,

/s/ David C. Holmes
David C. Holmes, Attorney in Charge
State Bar No. 09907150
Southern District No. 5494
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was sent electronically to all counsel of record on December 22, 2017.

/s/ David C. Holmes
David C. Holmes