Case 4:16-cv-00349   Document 34   Filed on 01/24/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES SPANGLER, | § |
| Plaintiff, | § |
| vs. | § NO. 4:16cv349 |
| | § JURY TRIAL DEMANDED |
| MOURIK, L.P., | § |
| Defendant. | § |

## ORDER

It is ORDERED that this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Signed on _JANUARY 24_, 2018.

_____
United States District Judge